Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SUKHVEER SANDHU,<br><br>　　Defendant. | No. CR 06 – 038 RSM<br><br>ORDER GRANTING DEFENDANT SUKHVEER SANDHU'S MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE & TRIAL DATE |

　　The Court, having reviewed Defendant Sukhveer Sandhu's Motion to Continue Pretrial Motions Deadline and Trial Date, and the government's response to the motion, finds that, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER GRANTING DEFENDANT SUKHVEER
SANDHU'S MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE & TRIAL DATE  - 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104
(206) 464-4142

1   IT IS THEREFORE ORDERED that the trial date of June 5, 2006 is continued to Tuesday, September 5, 2006, and the motions deadline is extended to July 24, 2006, subject to defendant filing a Waiver of Speedy Trial.

IT IS FURTHER ORDERED that the period of delay from June 5, 2006 until Tuesday, September 5, 2006 is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

ORDERED this 2nd day of June, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF STEPHAN R. ILLA



Stephan R. Illa
WSBA No. 15793
Attorney for Defendant Sukhveer Sandhu

ORDER GRANTING DEFENDANT SUKHVEER
SANDHU'S MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE & TRIAL DATE  - 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104
(206) 464-4142