# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>  )<br>           Plaintiff, )<br>  )<br>     vs. )<br>  )<br>SUKHVEER SANDHU, )<br>  )<br>           Defendant. ) | **CR06-38 RSM**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The initial bond revocation hearing, originally scheduled for Tuesday, January 16, 2007, is hereby rescheduled to ***Tuesday, February 6, 2007 at 11:30am***.  The hearing will be held in Courtroom 12A, United States Courthouse, Seattle, Washington.

Dated this 19th day of January , 2007

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**